**Order filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00030-CV

_____

**ALAN GREGORY FERGUSON, FERGUSON CONTRACTORS, LLC, AND DEEP BLUE POOLS, Appellants**

**V.**

**SHARI CHICZEWSKI AND CHARLES CHICZEWSKI, Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-58773**

## O R D E R

The notice of appeal in this case was filed January 10, 2018. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 12, 2018.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM